Mary Dowgialowicz, Appellant, v. Keistuto Savings and Loan Association et al., Appellees.
Metropolitan State Bank, Plaintiff, v. David J. A. Hayes et al., Defendants.
Appeal of Benjamin H. Black and Arthur H. Beermann, and Separate Appeal of Mary Dowgialowicz.

Gen. No. 42,666.

Heard in the first division, first district, this court at the June term, 1943; opinion filed April 3, 1944. Earl J. Walker, for certain appellant; Benson, Fitch & Heinemann, for certain other appellants; John B. Heinemann and Benj. H. Black, of counsel; Clyde C. Fisher, for certain appellees. Opinion by JUSTICE MATCHETT. Not to be published in full.